No. 709. DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY, PETITIONER, *v.* ESTON E. DEVORE, ETC. June 1, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. William D. Guthrie* and *Mr. Walter W. Ross* for petitioner. *Mr. William M. Offley* for respondent.

---

## *Cases Disposed of Without Consideration by the Court.*

### From May 4 to June 2, 1903.

No. 294. H. HOLLIS HUNNEWELL, PLAINTIFF IN ERROR, *v.* EDWARD W. PRESHO ET AL., STREET COMMISSIONERS, ETC. In error to the Supreme Judicial Court of the State of Massachusetts. May 18, 1903. Dismissed with costs per stipulation. *Mr. Felix Rackemann* for plaintiff in error. *Mr. Thomas M. Babson* for defendants in error.